IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANE WILLIAMS, individually and as next friend to minor C.M., <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, FACEBOOK PAYMENTS, INC., FACEBOOK TECHNOLOGIES, LLC, INSTAGRAM, LLC, AND SICULUS, INC., <br><br> Defendants. | Case No. 1:22-cv-03470 |

**DEFENDANT FACEBOOK TECHNOLOGIES, LLC'S
NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Facebook Technologies, LLC discloses the following:

1. Facebook Technologies, LLC is a subsidiary of Meta Platforms Inc., which is a publicly held corporation. The sole member of Facebook Technologies, LLC is Meta Platforms, Inc.

-1-

Dated: August 9, 2022

Respectfully submitted,

*/s/ Jacob T. Spencer*
Jacob T. Spencer (N.D. Ill. #1023550)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 887-3792
Facsimile: (202) 530-4253
Email: JSpencer@gibsondunn.com

*Attorney for Defendants Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on August 9, 2022, a true and correct copy of this Notification of Affiliates was served by ECF on all counsel of record.

                                                      */s/ Jacob T. Spencer*
                                                      Jacob T. Spencer